Harry Rosenshield v. Jerome Cohen.— Application denied, with ten dollars

costs, and stay vacated. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.